■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL K. BIVAINIS, Appellant. [887 NYS2d 925]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Wong, J.), imposed September 12, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Covello, Leventhal and Austin, JJ., concur.